## HAMILTON *v.* PUMPHREY.

APPEAL from the *Hancock* Circuit Court.

*Per Curiam.*—Suit on a note, payable one day after date; dated 15th of *February*, 1862. It is described in the complaint as payable on the 16th of *February*, 1862; but a copy of the note was filed with said complaint, and it was given in evidence on the trial, over the objections of the defendant that it varied from that described in the complaint.

We see no error in this ruling.

The judgment is affirmed, with 5 per cent. damages and costs.

*James L. Mason,* for the appellant.